Exhibit A

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Cory Nation, (Affiant) being duly sworn, declare and state:

1. I am a Special Agent (SA) with the Kansas Bureau of Investigation (KBI). I am a commissioned law enforcement officer with the Kansas Bureau of Investigation (KBI) currently holding the rank of Assistant Special Agent in Charge. I am empowered by law to conduct investigations and to make arrests for offenses defined by state statute in the State of Kansas.

   I have been employed with the KBI since July of 2016. I have been assigned to the Special Operations Division located in the Southeast portion of Kansas. Prior to joining the KBI, I was a police officer with the Winfield, Kansas Police Department for over 13 years. During my tenure as a law enforcement officer, I have maintained 40+ plus hours of continual education per year. I also have specialized training in Clandestine Laboratories and specialized training in human tracking through Blue Line Tracking.

   During my tenure in law enforcement, I have participated in hundreds of investigations regarding the transportation, possession, manufacturing, and distribution of controlled substances. These investigations have involved local, regional, and a few national criminal organizations. These investigations have resulted in the arrest and conviction of several defendants for state and federal violations. During these investigations I have employed a variety of investigative techniques that include conducting surveillance, buying drugs using undercover law enforcement officers and confidential sources, intercepting illegal drugs through postal carriers, authoring and executing search warrants for physical locations and electronic devices, conducting searches of premises and vehicles, and interviewing confidential sources and cooperating defendants.

2. The information in this affidavit is known to me through personal direct knowledge, and/or through a review of official reports prepared by other law enforcement personnel. This affidavit is submitted in support of a complaint for forfeiture for the following property:

   a. Colt, Government model, .22 caliber pistol, bearing serial number LK030769;
   b. 9 rounds of .22 caliber ammunition; and
   c. $5,052.00 in United States Currency, More or less.

3. On September 10, 2020, Kansas Bureau of Investigation Special Agent in Charge Chris Bumgarner, Special Agent Cory Nation, and Special Agent Adam New conducted a traffic stop on a maroon 2000 Toyota Tundra driven by Jeffery DALY on Highway 47.

4. DALY was known to have a felony arrest warrant through the Chanute Police Department for possession of methamphetamine.

5. During a search of DALY at the jail facility, officers located 100 grams of methamphetamine DALY had concealed on his person.

6. DALY is a known methamphetamine dealer in the Chanute area. The Chanute Police Department has a Confidential Informant (CI) that reported observing approximately a quarter ounce of methamphetamine separated into several baggies for sale at 122 E. Kansas Street in Stark, Kansas.

7. 122 E. Kansas Street in the known residence for DALY.

8. The CI also reported that DALY had three firearms inside the residence at 122 E. Kansas Street.

9. Pursuant to a state issued search warrant, on September 10, 2020, Special Agents with the Kansas Bureau of Investigations and officers with the Chanute Police Department searched 122 E. Kansas Street.

10. During the search of the residence, officers located a Colt, Government model, .22 caliber pistol with serial number LK030769 in the living room. Officers also located a magazine for the Colt pistol which was loaded with nine rounds of .22 caliber ammunition.

11. Also located in the living room was a small baggie which contained methamphetamine, multiple boxes of baggies, and a digital scale.

12. In the west bedroom of the residence, officers located a safe which contained multiple envelopes which in turn contained United States Currency. Officers located thirty-five $100 bills, twenty-eight $50 bills, seven $20 bills, and six $2 bills.

13. DALY has previously been convicted in 2010 of an Aggravated Burglary in 2009-CR-000080 in Anderson County District Court.

14. On February 23, 2021, in District of Kansas Court case 21-CR-10011, DALY was indicted on one count of Possession of a Firearm by a Convicted Felon and one count of Possession with the Intent to Distribute Methamphetamine.

15. On December 1, 2021, DALY entered a plea to two counts of Unlawful Use of a Communication Facility.

16. As part of the Plea agreement DALY admitted that on September 9, 2020 and September 10, 2020 he utilized a cellular telephone for the purpose of selling methamphetamine.

17. Based on the foregoing, I have probable cause to believe that the firearm and ammunition identified in paragraph two, above, were used or involved in a violation of 18 U.S.C. § 922(g)(1). Accordingly, these items are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

18. I also have probable cause to believe that the firearm and ammunition identified in paragraph two, above, were used in or involved in a violation of 18 U.S.C. § 924(c). Accordingly, these items are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

19. Additionally, I have probable cause to believe that the approximately $5,052.00 in United States currency identified in paragraph two, above, constitutes: 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act and are thus forfeitable pursuant to 21 U.S.C. § 881(a)(6).§§

Cory Nation
Special Agent
KBI

Subscribed and sworn to before me on this __8__ day of September, 2025.

Notary Public

My commission expires 04/21/2026.

NOTARY PUBLIC - State of Kansas
CHRIS S. BUMGARNER
My Appt. Expires 04/21/2026

4